No. 40, Misc. RUSSEL v. CRAVEN, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gerald H. Genard,* Deputy Attorney General, for respondents.

No. 41, Misc. RAY v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *James M. Weinberg* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci,* Deputy Attorney General, for respondent.

No. 44, Misc. HOLDEN v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.

No. 42, Misc. FLOURNOY v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *W. B. Keeling* for respondent.

No. 45, Misc. WATROBA v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Gloria F. DeHart,* Deputy Attorney General, for respondent.

No. 49, Misc. BALL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole,* Assistant Attorney General, for respondent.

No. 53, Misc. PERSINGER v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.